■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON GREEN, Appellant. [682 NYS2d 34] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered June 6, 1995, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's motion to suppress identification testimony was properly denied. The showup was justified by its close temporal and spatial proximity to the crime and the desirability of obtaining a prompt and reliable identification (*People v Davis*, 232 AD2d 154, *lv denied* 89 NY2d 941). The circumstances that defendant was handcuffed and in the presence of police officers did not render the identification unduly suggestive (*People v Anthony*, 249 AD2d 102, *lv denied* 92 NY2d 878). Furthermore, even assuming that the police had made the complainant aware that he was being asked to view suspects arrested in the getaway car for which the complainant had provided a license plate number only minutes previously, this would not have tainted the identification because the complainant would have expected such a circumstance on the basis of

his own common sense (*People v Stafford*, 215 AD2d 212, *lv denied* 86 NY2d 784; *see also, People v Rodriguez*, 64 NY2d 738, 740-741). Concur—Sullivan, J. P., Rosenberger, Wallach and Mazzarelli, JJ.